IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00780-WYD-MJW

JAMES SERVOLD,

    Plaintiff,

vs.

STANDARD INSURANCE COMPANY,

    Defendant.

---

**ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** ( Docket No 12 )

---

This matter comes before the Court on Defendant's Motion to Amend Scheduling Order to Extend Discovery and Dispositive Motion Deadline and being fully advised in the premises:

IT IS HEREBY ORDERED that the Motion is granted as more fully set forth in said Motion and the following deadlines are in effect:

    **8b.**    **Discovery cut-off: March 17, 2009**

    **8c.**    **Dispositive Motion Deadline: April 17, 2009**

    **8d(3)** *The parties shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before* **January 26, 2009**.

**8d(4)** *The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed.R.Civ.P. 26(a)(2) on or before* **February 24, 2009**.

**8e** **Deposition Schedule:**

(1) Plaintiff

| Name of Deponent | Date of Deposition | Time of Deposition | Expected Length of Deposition |
|---|---|---|---|
| **Andrea Trinh** Disability Benefits Analyst | The week of October 20, 2008 | | 4 Hours |
| **Shelle Phinney** Disability Benefits Specialist | The week of October 20, 2008 | | 4 Hours |
| **Elias Dickerman, M.D.** Physician Consultant | The week of October 20, 2008 | | 4 Hours |
| **Rule 30(b)(6) Designee of Defendant** | The week of October 20, 2008 | | 4 Hours |

(2) Defendant

| Name of Deponent | Date of Deposition | Time of Deposition | Expected Length of Deposition |
|---|---|---|---|
| **James Servold** | The week of December 15, 2008 | | 4 Hours |
| **Dr. Joseph Gregory** | The week of December 15, 2008 | | 4 Hours |
| **Dr. David L. Ewing** | The week of | | 4 Hours |

|  | December 15, 2008 |  |  |
|---|---|---|---|
| Dr. Hans C. Coester | The week of December 15, 2008 |  | 4 Hours |
| Dr. Franklin Shih | The week of December 15, 2008 |  | 4 Hours |

8f. Interrogatory Schedule: **All written discovery must be served by February 13, 2009.**

8g. Schedule for Request for Production of Documents and Requests for Admission: **All written discovery must served by February 13, 2009.**

Dated this 14 day of August, ~~2006~~ 2008.

BY THE COURT:

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

3