IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00780-WYD-MJW

JAMES SERVOLD,

      Plaintiff,

v.

STANDARD INSURANCE COMPANY,

      Defendant.

---

## ORDER

---

The parties have filed a Stipulation to Dismiss with Prejudice, filed November 11,

2008 (docket #28).  After a careful review of the Stipulation and the file, the Court

concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay

their own costs and attorney's fees.

      Dated:  November 17, 2008

                                        BY THE COURT:


                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief U. S. District Judge